**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marcus A. Long | Social Security number or ITIN xxx–xx–1926 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Rosetta B. Long | Social Security number or ITIN xxx–xx–5766 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–12846–JNP | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marcus A. Long                                    Rosetta B. Long

<u>4/8/22</u>                                             **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-12846-JNP |
| Marcus A. Long | Chapter 13 |
| Rosetta B. Long | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marcus A. Long, Rosetta B. Long, 716 E. Linden Avenue, Lindenwold, NJ 08021-1166 |
| 517364525 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517365741 | + | TD Bank, NA, Attn Richard J. Tracy, III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517343222 | | Virtua Health, PO Box 8500-8267, Philadelphia, PA 19178-8267 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517581000 | + | EDI: PHINAMERI.COM | Apr 09 2022 00:28:00 | ACAR Leasing Ltd, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 517331304 | + | EDI: RMCB.COM | Apr 09 2022 00:28:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517331305 | + | EDI: PHINAMERI.COM | Apr 09 2022 00:28:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 517466663 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 20:39:52 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517331307 | + | EDI: BANKAMER.COM | Apr 09 2022 00:28:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517472807 | + | EDI: BANKAMER2.COM | Apr 09 2022 00:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517331308 | + | EDI: CAPITALONE.COM | Apr 09 2022 00:28:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517331310 | + | EDI: CITICORP.COM | Apr 09 2022 00:28:00 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517331316 | + | EDI: CITICORP.COM | Apr 09 2022 00:28:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517331318 | + | EDI: CITICORP.COM | Apr 09 2022 00:28:00 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0040 |
| 517331319 | + EDI: CITICORP.COM | | Apr 09 2022 00:28:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517331320 | + EDI: WFNNB.COM | | Apr 09 2022 00:28:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517445777 | + EDI: CITICORP.COM | | Apr 09 2022 00:28:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517331332 | + EDI: CITICORP.COM | | Apr 09 2022 00:28:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517984680 | EDI: Q3G.COM | | Apr 09 2022 00:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517340500 | EDI: DISCOVER.COM | | Apr 09 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517331321 | + EDI: DISCOVER.COM | | Apr 09 2022 00:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517331312 | EDI: JPMORGANCHASE | | Apr 09 2022 00:28:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 517331313 | EDI: JPMORGANCHASE | | Apr 09 2022 00:28:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517331315 | EDI: JPMORGANCHASE | | Apr 09 2022 00:28:00 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 517462881 | EDI: JPMORGANCHASE | | Apr 09 2022 00:28:00 | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518307765 | + EDI: AISMIDFIRST | | Apr 09 2022 00:28:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518307764 | + EDI: AISMIDFIRST | | Apr 09 2022 00:28:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517411839 | + Email/Text: bankruptcydpt@mcmcg.com | | Apr 08 2022 20:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517371921 | EDI: AGFINANCE.COM | | Apr 09 2022 00:28:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517331323 | + EDI: AGFINANCE.COM | | Apr 09 2022 00:28:00 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 517682729 | EDI: PRA.COM | | Apr 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517682730 | EDI: PRA.COM | | Apr 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517439312 | EDI: Q3G.COM | | Apr 09 2022 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517460271 | EDI: Q3G.COM | | Apr 09 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517331324 | + EDI: RMSC.COM | | Apr 09 2022 00:28:00 | Syncb/Ashley Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517333601 | + EDI: RMSC.COM | | Apr 09 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 18-12846-JNP    Doc 54    Filed 04/10/22    Entered 04/11/22 00:16:55    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 46 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517331325 | + | EDI: RMSC.COM | Apr 09 2022 00:28:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517331327 | + | EDI: RMSC.COM | Apr 09 2022 00:28:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517331328 | | EDI: RMSC.COM | Apr 09 2022 00:28:00 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 517331329 | + | EDI: RMSC.COM | Apr 09 2022 00:28:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517331330 | + | EDI: RMSC.COM | Apr 09 2022 00:28:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517331331 | | EDI: TDBANKNORTH.COM | Apr 09 2022 00:28:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 517453990 | + | EDI: AIS.COM | Apr 09 2022 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517331333 | | EDI: COMCASTCBLCENT | Apr 09 2022 00:28:00 | Xfinity Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517331306 | *+ | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 517331309 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517331311 | *+ | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517331317 | *+ | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517331322 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517331314 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517331326 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 46

Isabel C. Balboa
       on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
       ecfmail@standingtrustee.com summarymail@standingtrustee.com

Joseph J. Rogers
       on behalf of Joint Debtor Rosetta B. Long jjresq@comcast.net jjrogers0507@gmail.com

Joseph J. Rogers
       on behalf of Debtor Marcus A. Long jjresq@comcast.net jjrogers0507@gmail.com

Melissa N. Licker
       on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7