Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−12846−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marcus A. Long | Rosetta B. Long |
| 716 E. Linden Avenue | 716 E. Linden Avenue |
| Lindenwold, NJ 08021 | Lindenwold, NJ 08021 |

Social Security No.:
xxx−xx−1926                                                         xxx−xx−5766

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: May 9, 2022          Jerrold N. Poslusny Jr.
                            Judge, United States Bankruptcy Court